614

450 A.2d 1050

Commonwealth v. Brown, Appellant.

Submitted February 24, 1982.  Ronald J. Harper, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is affirmed.

450 A.2d 1050

Commonwealth v. Brunner, Appellant.

Submitted March 2, 1982.  Gary Spohn Fronheiser, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.